IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARCO GUIRLANDO                                                                              PLAINTIFF

v.                                          Case No. 1:21-cv-1015

OUCHITA COUNTY JAIL, *et al*.                                                         DEFENDANTS

## **ORDER**

    Before the Court is a Report and Recommendation filed on June 16, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 24. Judge Bryant Recommends that Plaintiff's Motion for Emergency Temporary Restraining Order and Preliminary Injunction (ECF No. 16) be denied as moot.

    Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation (ECF No. 24) *in toto*. Accordingly, Plaintiff's Motion for Emergency Temporary Restraining Order and Preliminary Injunction (ECF No. 16) is hereby **DENIED**.

    **IT IS SO ORDERED**, this 19th day of August, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge