IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARCO GUIRLANDO                                                                                    PLAINTIFF

v.                                          Case No. 1:21-cv-1015

OUCHITA COUNTY JAIL, *et al*.                                                              DEFENDANTS

### **ORDER**

Before the Court is a Report and Recommendation filed on June 30, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 28. Regarding Plaintiff's Second Amended Complaint (ECF No. 22), Judge Bryant Recommends that some claims proceed, some claims be dismissed with prejudice, some claims be dismissed without prejudice, and that Ouachita County be substituted in place of Ouachita County Jail (OCJ) as a Defendant. ECF No. 28, p. 20-21.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation (ECF No. 28) *in toto*. Accordingly, regarding Plaintiff's Second Amended Complaint (ECF No. 22), it is **ORDERED** that:

1) Ouachita County be substituted in place of the OCJ as a Defendant;

2) All claims against Defendants Corporal McDonald and Jerry Juneau be **DISMISSED WITHOUT PREJUDICE**;

3) Claim One for denial of medical care against Defendants Nurse Jane Doe in both individual and official capacities **PROCEED**;

4) Claim Two for excessive force against Defendants Owens, Erwing, and Norwood in both individual and official capacities be **DISMISSED WITH PREJUDICE** for failure to state a claim;

5) Claim Three (a)(i) for failure to protect and retaliation for filing grievances against Defendants Owens, John doe, Norwood and Ellis **PROCEED** in their individual capacity and the claims against them in their official capacity be **DISMISSED WITHOUT PREJUDICE**;

6) Claim Three (a)(ii) for interference with legal mail **PROCEED** against Defendant Owens in his individual capacity only and the official capacity claims against him be **DISMISSED WITHOUT PREJUDUCE**.

7) Claim Three (a)(iii) for violation of due process in placing Plaintiff in solitary confinement against Defendants Norwood and Owens in both individual and official capacity **PROCEED**;

8) Claim Three (a)(iv) for unlawful conditions of confinement against Defendants Norwood, Owens, and City Tele Coin in both individual and official capacities **PROCEED**;

9) Claim Three (a)(v) for denial of medical care in both individual and official capacities be **DISMISSED WITHOUT PREJUDICE**;

10) Claim Three (a)(vi) for denial of access to the courts against Defendants Owens and Norwood in their individual capacity **PROCEED** and the official capacity claims be **DISMISSED WITHOUT PREJUDICE**;

11) Claim Three (b) against OCJ for denial of newspapers and other reading material **PROCEED**;

12) Claim Three (c) against OCJ for interfering with Plaintiff right to exercise his religion **PROCEED**;

13) Claim Three (d) for "Due Process – Equal Protection Law" in both individual and official capacities be **DISMISSED WITH PREJUDICE**; and

14) Claim Three (e) for violation of the "Federal Privacy Act (Fourth Amendment)" against Ouachita County be **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 19th day of August, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge