IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARCO GUIRLANDO                                                                PLAINTIFF

v.                                            Case No. 1:21-cv-1015

OUACHITA COUNTY; CITY TELE COIN;
DAVID NORWOOD, Sheriff; CAMERON
OWENS, Captain; NURSE JANE DOE;
GUARD ELLIS; and C/O JOHN DOE                                             DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued on February 15, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 55. Judge Bryant recommends that Separate Defendant City Tele Coin's ("CTC") Motion for Judgment on the Pleadings (ECF No. 44 – converted from a Motion to Dismiss) be denied.

No party has filed an objection to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review and finding Judge Bryant's reasoning sound, the Court adopts the Report and Recommendation (ECF No. 55) *in toto*. Accordingly, Defendant CTC's Motion for Judgment on the Pleadings (ECF No. 44) is hereby **DENIED**.

**IT IS SO ORDERED**, this 21st day of March, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge